IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
OCT - 6 2005
OFFICE OF THE CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:05MJ3050 |
| ) | |
| v. ) | |
| ) | |
| MATTHEW MILES, ) | |
| ) | |
| Defendant. ) | MEMORANDUM AND ORDER |

A hearing was held before me this date on the Petition for Action on Conditions of Pretrial Release, filed September 8, 2005 in the District of Wyoming, Docket No. 05CR00054-D. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations. I therefore find that the allegations of the petition are true.

Regarding disposition, the government sought detention; defendant sought release. I conclude that defendant has demonstrated a risk of flight.

IT THEREFORE HEREBY IS ORDERED,

The defendant shall be detained and the United States Marshal shall transport the defendant to the District of Wyoming for further proceedings.

Dated October 6, 2005.

BY THE COURT

s/ David L. Piester
David L. Piester
United States Magistrate Judge